THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-21944-CIV-LENARD

| | |
|---|---|
| ASNALDO DEL VALLE GONZALEZ, and | Consolidated with: |
| CARMEN M. YANEZ DE GONZALEZ, as | 11-cv-21930 |
| Co-Personal Representative for THE | 11-cv-21931 |
| ESTATE OF STEPHANIA DEL VALLE | 11-cv-21941 |
| GUZMAN, DECEASED on behalf | 11-cv-21943 |
| Of the Estate of and All Potential | |
| Beneficiaries and/or Survivors, | |

    Plaintiffs,

vs.

AIRCRAFT GUARANTY HOLDINGS & TRUST,
LLC, Trustee, a Delaware Limited Liability
Company, and LYCOMING ENGINES, a Division
Of AVCO CORPORATION, a Pennsylvania
Corporation,

    Defendants.
_____/

**DEFENDANT AIRCRAFT GUARANTY HOLDINGS & TRUST, LLC'S**
**ANSWER TO PLAINTIFFS' COMPLAINT**

  Defendant, AIRCRAFT GUARANTY HOLDINGS & TRUST, LLC, (hereinafter referred to as "AGH&T"), in answer to Plaintiffs' Complaint states as follows:

  1. Admitted for jurisdictional purposes only that Plaintiffs seek in excess of $75,000. Denied that AGH&T is in any way liable, denied that Plaintiffs are entitled to recover, and otherwise denied.

  2. Admitted.

3. Admitted that venue may be proper in Florida, denied that Florida is the venue in which this case should have been brought, as Texas is a better forum under 28 U.S.C. Section 1404(a).

4. Without knowledge and therefore denied.

5. Without knowledge and therefore denied.

6. Without knowledge and therefore denied as a whole and as each of its subparts a-e.

7. Admit only that AGH&T was and is a Delaware limited liability company, with its principal place of business in Onalaska, Texas. Otherwise denied.

8. Admit only that AGH&T was and is a Delaware limited liability company. Otherwise denied.

9. Admit only that AGH&T is Trustee for Continent Aircraft Trust No. 833 ("CAT 833"), which trust held legal title to a Piper Navajo PA-31-310 aircraft with registration number N6463L ("Aircraft"). Otherwise denied.

10. Without knowledge and therefore denied.

11. Without knowledge and therefore denied.

12. Without knowledge and therefore denied.

13. Without knowledge and therefore denied.

14. Without knowledge and therefore denied.

2

15. Without knowledge and therefore denied.

16. Admitted only that on 28 April 2008 the Aircraft was involved in an accident. Otherwise denied.

17. Denied as a whole and to each of its subparts a-h.

## COUNT I
## NEGLIGENCE AND VICARIOUS LIABILITY
## AGAINST AIRCRAFT GUARANTY

18. Admit that Defendant, AGH&T is Trustee for CAT 833, which trust held legal title to the Aircraft. Otherwise denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied as a whole and as to each of its subparts a-e.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied as a whole and to each of its subparts a-h.

## COUNT II
## NEGLIGENCE AGAINST LYCOMING

28--35. The allegations of this Count are not pled against AGH&T, and as such do not

3

require a response from AGH&T. To the extent that the allegations contained within this Count are deemed to pertain to or would implicate AGH&T, said allegations are denied.

## COUNT III
## STRICT LIABILITY AGAINST LYCOMING/AVCO

36-41. The allegations of this Count are not pled against AGH&T, and as such do not require a response from AGH&T. To the extent that the allegations contained within this Count are deemed to pertain to or would implicate AGH&T, said allegations are denied.

## AFFIRMATIVE DEFENSES

1. Plaintiffs' damages, if any, were caused in whole or in part by the acts or omissions of one or more third parties, including but not limited to the pilot, operator, and lessee of the Aircraft. Any recovery by Plaintiffs against AGH&T must be apportioned accordingly, in accordance with principles of comparative fault, §768.81 Fla. Stat.

2. Plaintiffs' damages, if any, were the result of an unavoidable accident and/or Act of God, for which AGH&T is not liable as a matter of law.

3. AGH&T is entitled to set off for any collateral source, settlement, or award Plaintiffs obtain from any other person or entity, as provided for in §768.76 and §768.041, Fla. Stat.

4

CASE NO.: 11-21944-CIV-LENARD

4. Plaintiffs have failed to name an indispensable party defendant in the Complaint, which therefore should be dismissed. The indispensable unnamed party is the beneficiary of CAT 833 who held equitable title to the Aircraft, Luis Enrique Nuñez Villanueva.

5. On or about December 12, 2006, AGH&T as Trustee for CAT833 leased the Aircraft for a term in excess of 30 days to Charter People C.P., C.A.  AGH&T as Trustee has not thereafter been in possession or control of the Aircraft.  AGH&T therefore cannot be held liable to Plaintiffs under the provisions of 49 U.S.C. § 44112.

6. The Southern District of Florida is a forum non conveniens for this action, which action should therefore be transferred or dismissed.

7. Plaintiffs' Complaint should be barred, in whole or in part, by applicable Statutes of Limitations.

8. AGH&T is entitled to all of the rights, benefits, duties, defenses and limitations imposed by the law of Venezuela, to the extent that it is determined that Venezuelan law applies to this cause of action.

9. AGH&T hereby notify Plaintiffs of its intent to rely on the laws of a jurisdiction other than Florida, including but not limited to the laws in Venezuela and Texas to the extent applicable, in the resolution of one or more issues in this action.

10. AGH&T adopts all affirmative defenses claimed by any other Defendant and hereby incorporate the same by reference.

11. AGH&T reserve the right to amend and to add any additional affirmative

5

CASE NO.: 11-21944-CIV-LENARD

defenses that may become apparent during the course of discovery.

**WHEREFORE** Defendant, AIRCRAFT GUARANTY HOLDINGS & TRUST, LLC, demands judgment in its favor on all counts, denies all matters not specifically admitted herein and demands strict proof thereof, and requests any other further relief the Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

> Respectfully submitted,
>
> LAW OFFICES OF
> WALLACE C. MAGATHAN, P.A.
> Counsel for Defendant, AGH&T
> 9350 S. Dixie Highway, Suite 1000
> Miami, FL 33156
> Telephone:    (305) 670-2201
> Facsimile:    (305) 670-2255
> wmagathan@magathanlaw.com
>
> BY:    /s/ Wallace C. Magathan, III
>        WALLACE C. MAGATHAN III
>        FBN 937411

6

LAW OFFICES OF WALLACE C. MAGATHAN, P.A.
9350 S. DIXIE HIGHWAY• SUITE 1000 • MIAMI, FL  33156
PHONE: (305) 670-2201• FAX: (305) 670-2255